UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-10041-IT |
| | ) | |
| JONATHAN WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

SENTENCING MEMORANDUM OF THE UNITED STATES

On December 9, 2014, having prostituted a 16-year old girl in both Florida and New York City, defendant Jonathan White pled guilty in the Eastern District of New York to Count 1 of an Indictment that charged him with the sex trafficking of a minor in violation of 18 U.S.C. §1591.   The case was transferred to this District under Fed. R. Crim. P. 21 and is scheduled for sentencing before the Court on May 17, 2016 at 10:00 a.m.

The Probation Office's draft Presentence Report ("PSR") correctly calculates White's total offense level at 33 and his Criminal History Category of IV, resulting in an advisory Guidelines Sentencing Range ("GSR") of 188 to 235 months.   PSR, ¶ 76.   White's conviction on Count 1 of the Indictment carries a mandatory minimum term of imprisonment of 10 years, 18 U.S.C. § 1591(b)(2), and a mandatory term of supervised release of at least five years.   18 U.S.C. § 3583(k).

For the reasons stated below, the government respectfully requests that the Court sentence the defendant to 152 months' imprisonment, which would represent a variance of 20 percent below the bottom of White's GSR, to be followed by a five-year term of supervised release.

1

I.        The Offense

The Presentence Report in this case reads like any parent's worst nightmare.    Minor A was sixteen years old when she was using the website Tagged.com, a social media website where users can meet other users.    PSR, ¶ 10.    Minor A there met A.D., a prostitute who had been working for White for approximately two years.    (A.D. was also romantically involved with White).    With White's knowledge and permission, A.D. invited and paid for Minor A to travel by bus to Orlando, Florida.    PSR, ¶ 11.

When Minor A arrived in Orlando, A.D. took pictures of Minor A and posted commercial sex advertisements on Backpage.com.    A.D. listed Minor A as being 21 years old.    In Orlando, Minor A engaged in commercial sex acts with clients solicited through the Backpage.com ads, with A.D. receiving the money that "johns" paid Minor A and providing those payments to White.    PSR, ¶ 12.    White was 25 years old when he prostituted Minor A.

White and A.D. then drove Minor A more than 1,000 miles to Brooklyn, New York, where A.D. posted more Backpage ads offering Minor A for commercial sex.    Minor A then engaged in commercial sex acts solicited over the Internet at the Sunny 39 Hotel in the Sunset Park neighborhood of Brooklyn.    A.D. again took the money that Minor A received from "johns" and provided it to White.    PSR, ¶ 13.

White lost his ability to prostitute Minor A after Minor A spoke to another pimp (UM1) and became, in industry jargon, "out of pocket".    UM1 then replaced White as Minor A's pimp until UM1's arrest on unrelated charges.    PSR, ¶ 14.

At his plea, White acknowledged that he had a reasonably opportunity to observe Minor A, both while with her in Orlando and while traveling with her to New York City, and that he recklessly disregarded that Minor A was under 18 years of age.    PSR ¶ 15.

2

II.     The Guidelines Analysis

The government adopts the Sentencing Guidelines analysis set forth in the PSR.   White is placed at base offense level 30 for the sex trafficking of Minor A pursuant to USSG §2G1.3(a)(2).   Two specific offense characteristics apply, each adding an additional two levels: first, the offense involved the use of a computer, pursuant to USSG §2G1.3(b)(3); and second, the offense involved the commission of a sex act, pursuant to USSG §2G1.3(b)(4)(A).   A two-level enhancement also applies to White for supervising A.D.'s interactions with Minor A. USSG § 3B1.1(c).   White's adjusted offense level is therefore 36.   PSR, ¶ 26.

White receives three levels off for acceptance of responsibility, yielding a total offense level of 33.   At total offense level 33, Criminal History Category IV, White's advisory Guidelines Sentencing Range is 188 to 235 months.

III.    18 U.S.C. § 3553(a) Factors

The government requests that the Court sentence White to 152 months' imprisonment, a sentence that is approximately 20 percent below the low end of White's calculated GSR.   As discussed below, a host of § 3553(a) factors – including the seriousness of his crime, his criminal history, and a comparison to defendants sentenced in this district for similar crimes – demonstrate that a sentence of this length is sufficient but not greater than necessary to meet the goals of sentencing.

1.    <u>Nature of the Offense</u>

White was a pimp who did not rely on brute force and threats.   Rather, he recruited Minor A by having A.D. troll the Internet.   It took little time and virtually no effort to recruit Minor A onto an interstate bus and into the commercial sex trade.   Within days of meeting A.D. on Tagged.com, White had Minor A's provocative pictures posted on Backpage and had her meeting strange men in hotel rooms to exchange sex for money.   White moved A.D. from Florida to New York City, where there were more strange men and more hotel rooms.   White and UM1 then passed Minor A – like so much of a commodity – after Minor A apparently spoke to UM1 without White's permission.   PSR, ¶ 14.

White's actions in this case are consistent with a technique commonly used by other pimps in urban environments – "finesse pimping" instead of "guerilla pimping."   <u>See generally</u> Meredith Dank, PhD, Bilal Khan, PhD, et. al., *Estimating the Size and Structure of the Underground Commercial Sex Economy in Eight Major U.S. Cities*, Urban Institute Research Report, March 2014, available at <u>http://www.urban.org/publications/413047.html</u> at 167. Finesse pimps identify a girl or woman's emotional or economic needs and their vulnerability to coercion or intimidation, and then they exploit those needs and vulnerabilities.   Id. at 166.

White had been successful at finesse pimping in the past: he had already prostituted A.D. for two years while purporting to carry on a romantic relationship with her.   PSR, ¶ 10.   A.D. in turn, "in pocket" to White, participated in recruiting Minor A.   This case, however, goes beyond serial pimping.   At its core, White used one young woman to exploit a minor– sixteen years old – for commercial sex.   Congress has reasonably set stiff criminal penalties for the exploitation of children, society's most vulnerable members.

2.      Defendant's Criminal History

The defendant's criminal history is serious and troubling.   He has two prior convictions for distribution of crack cocaine, among other offenses.   But for the fact that sex trafficking of a minor is not considered to be crime of violence, White would be a Career Offender.   Three of White's convictions resulted in probation violations or revocations.   PSR, ¶¶ 33-35.   These factors suggest a significant risk of recidivism.

3.      Comparison to Other Defendants

A below Guidelines sentence of 152 months is also consistent with other recent sentences for sex trafficking in other sessions of this Court.

On May 11, 2015, Miriam Kizzie received 153 months imprisonment for his role in recruiting two minors to participate in commercial sex.   Kizzie was at Offense Level 33 and Criminal History Category I.   Kizzie, an alleged gang member, received a mid-Guidelines sentence in a range of 135 to 168 months.   United States v. Kizzie, 14-10036 (WGY).

On September 28, 2015, Anthony Pledger was sentenced to 180 months' imprisonment in connection with his attempts to recruit two minors for commercial sex.    Pledger, an alleged gang member, was at Offense Level 33 and Criminal History Category V, and therefore had a GSR of 210 to 262 months (and received a modestly below Guidelines sentence).   United States v. Pledger, 14-10036 (WGY).

On December 19, 2014, Justin Richardson was sentenced to 138 months in prison in connection with his transfer of a 15-year old girl from Baltimore, Maryland to Boston to engage in commercial sex.   United States v. Richardson, 14-10179 (NMG).[1]   Richardson was at Offense Level 33 and Criminal History Category V, had a GSR of 210 to 262 months, and

---

[1]Two codefendants received lower sentences based on departures not applicable here.

received a below Guidelines sentence.

On October 9, 2014, Judge Young sentenced David Minasian to 180 months imprisonment for providing heroin to an underage victim and then prostituting the victim once she was addicted.   United States v. Minasian, 13-10099 (WGY).   Minasian was at Offense Level 34 and Criminal History Category VI and received a below-Guidelines sentence.

Except for Minasian, none of these defendants were sentenced for the use of force, fraud, or coercion.   These significant sentences, however, highlight both the prevalence and seriousness of sex trafficking in Massachusetts.   The requested 152-month sentence will serve to avoid unwarranted sentencing disparities among similarly situated defendants.

IV.    The Government's Recommendation

For the reasons stated above, the government requests that the Court impose the

following sentence:

- a sentence of imprisonment for a term of 152 months;

- no fine because it appears that the defendant is unable to pay a fine;

- supervised release for a term of 60 months; and

- a $100 special assessment.

The United States will move to dismiss the remaining counts of the Indictment after the Court

imposes sentence.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:   s/ Seth B. Kosto
      SETH B. KOSTO
      Assistant U.S. Attorney

May 16, 2016

## CERTIFICATE OF SERVICE

I, Seth B. Kosto, Assistant U.S. Attorney, certify that I caused an unredacted copy of the

foregoing sentencing memorandum to be served by electronic mail on counsel for defendant

Jonathan White.

s/ Seth B. Kosto
Seth B. Kosto
Assistant U.S. Attorney

Dated: May 16, 2016