UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:15-cr-10041-IT |
| JONATHAN WHITE, | * |
| | * |
| Defendant. | * |

MEMORANDUM & ORDER

July 15, 2024

TALWANI, D.J.

Pending before this court is Defendant Jonathan White's pro se Letter Requesting Early Termination of Supervised Release [Doc. No. 79] (the "Motion"). In the Motion [Doc. No. 79], Defendant requests for an early termination of his five-year supervised release term because of occasional travel requirements due to a new job. Mot. [Doc. No. 79]. The government opposes the motion. [Doc. No. 80]. For the reasons stated below, the Motion [Doc. No. 79] is DENIED.

Defendant pled guilty to sex trafficking a minor, in violation of 18 U.S.C. §§ 1591(a) & (b)(2), and this court sentenced him to a 120-month imprisonment term, to be followed by five (5) years of supervised release. Judgment [Doc. No. 62]. In 2020, during the Covid pandemic, Defendant moved for compassionate release pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i), citing medical conditions. Mot. for Release [Doc. No. 67]. This court granted Defendant's motion and amended his imprisonment term to time served (approximately sixty (60) months) but left intact his five-year term of supervised release and requirement that he register as a sex offender pursuant to the Adam Walsh Child Protection and Safety Act of 2006, among other conditions. Am. Judgment [Doc. No. 75].

This court recognizes that Defendant has been compliant with all conditions of his supervised release. However, his supervised release does not prohibit him from the occasional travel necessitated by his job, so long as he complies with the Probation Office's procedures for travel. Moreover, even if this court were to grant Defendant's request, as Defendant is a convicted sex offender, he would be required to register when visiting twenty-eight (28) states and United States territories for seven days or less. See https://www.probationinfo.org/sor/visit/ (visited July 14, 2024). The Probation Office can assist Defendant in complying with such requirements by contacting destination districts to discuss travel restrictions, reporting obligations, and registration requirements. As Defendant has not traveled outside Massachusetts as a convicted sex offender subject to registration requirements, this court finds it important for the Probation Office to supervise him for such travel.

Since Defendant's need to travel for his job can be accommodated within the conditions of his supervised release, his Motion [Doc. No. 79] is DENIED.

IT IS SO ORDERED.

July 15, 2024                                   /s/ Indira Talwani
                                                United States District Judge