Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Jonathan White  **Case Number:** 0101 1:15CR10041

**Name of Sentencing Judicial Officer:** Honorable Indira Talwani, U.S. District Judge

**Date of Original Sentence:** May 17, 2016

**Original Offense:** Sex Trafficking of a Child, in violation of 18 U.S.C. § 1591 (a)(1)(a)(2)(b)(2)

**Original Sentence:** 120 Months of custody followed by 60 Months supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** August 06, 2020

## NON-COMPLIANCE SUMMARY

**Violation Number**  **Nature of Noncompliance**

I.  **Violation of Special Condition#2:** The defendant is to participate in a program for substance abuse counseling as directed by the Probation Office, which program may include testing, not to exceed 104 drug tests per year to determine whether the defendant has reverted to the use of drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment.

On July 17, 2024, Mr. White submitted a drug test that returned positive for cocaine. Evidence of this violation is supported by officer testimony and results from the local laboratory.

U.S. Probation Officer Action:

On July 18, 2024, this officer spoke to Mr. White about his non-compliance. Mr. White denied using cocaine but did admit that he was around the substance. He denied needing substance abuse treatment. Probation had a lengthy conversation with Mr. White about who he is choosing to associate himself with. As a result of this non-compliance, Mr. White was enrolled in Phase random testing to monitor any illegal drug use.

At this time, Probation is not seeking any action from the Court. Probation is attempting to provide Mr. White an opportunity to return to compliance with his conditions of release. Probation will continue to work with Mr. White on his decision-making skills and monitor his associations closely. Should Mr. White commit any additional violations, Your Honor will be notified promptly. If Your Honor agrees with this course of action, please indicate in the appropriate space below.

Reviewed/Approved by:  Respectfully submitted,

/s/Gina Affsa  /s/Julianne Robinson
Gina Affsa  by Julianne Robinson
Supervisory U.S. Probation Officer  U.S. Probation Officer
 Date: 8/5/2024

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Honorable Indira Talwani
U.S. District Judge

8/5/2024
Date